# Third District Court of Appeal

## State of Florida

Opinion filed July 30, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0868
Lower Tribunal No. 17-23182-CA-01
_____

**Heidi Padilla, Inc.,**
Appellant,

vs.

**Bankers Title & Escrow Services, Inc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Javier A. Enriquez, Judge.

Burlington & Rockenbach, P.A., and Bard D. Rockenbach (West Palm Beach); Richard J. Diaz P.A., and Richard J. Diaz, for appellant.

Cruser, Mitchell, Novitz, Sanchez, Gaston, & Zimet, LLP, and Kenneth R. Drake, and Audrey Fernandez, for appellee Bankers Title & Escrow Services Inc.

Before FERNANDEZ, MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed.  See Ashear v. Sklarey, 247 So. 3d 574, 578 n.3 (Fla. 3d DCA 2018) ("This issue was not raised in the initial brief and may not be considered on appeal."); Fla. Fish & Wildlife Conser. Comm'n'n v. Daws, 256 So. 3d 907, 930 (Fla. 1st DCA 2018) ("An assigned error will be deemed to have been abandoned when it is completely omitted from the briefs." (quoting City of Miami v. Steckloff, 111 So. 2d 446, 447 (Fla. 1959) (Makar, J, dissenting)); Polyglycoat Corp. v. Hirsch Distribs., Inc., 442 So. 2d 958, 960 (Fla. 4th DCA 1983) ("When points, positions, facts and supporting authorities are omitted from the brief, a court is entitled to believe that such are waived, abandoned, or deemed by counsel to be unworthy.").